IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ESTATE OF SALLY STILGENBAUER by and through personal representative Mark Stilgenbauer, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 125-286 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

The Court received the parties' joint status report and **STAYS** remaining case deadlines pending private mediation through and including June 12, 2026. (Doc. no. 7.) The parties shall advise the Court as to the status of the case by no later than June 22, 2026, and, if the case is not resolved, the Court imposes the following deadline:

LAST DAY FOR FILING CIVIL MOTIONS          July 22, 2026
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 27th day of April, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA