**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| ESTATE OF SALLY STILGENBAUER, by and through personal representative Mark Stilgenbauer, | * | |
| Plaintiff, | * | |
| v. | * | CV 125-286 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

On June 24, 2026, the Parties filed a joint status report pursuant to the Magistrate Judge's April 27, 2026 Order (Doc. 8). (Doc. 11.) The Parties represented they participated in private mediation on June 11, 2026, and "[a]lthough the case did not settle at mediation, [they] are working together in attempt to reach a settlement of the case." (Id. at 1.) The Parties have not updated the Court since June 24, 2026, and this case remains pending.

Thus, the Court **DIRECTS** the Parties to file a joint status report by **TUESDAY, NOVEMBER 24, 2026.** This status report **SHALL** include an update on the progress of their settlement and forthcoming dismissal of the case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA